Morris Berger, Respondent, v. Sarah Wexler and Others, Defendants, and Lena Barnett, Appellant.— Judgment of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

Max Blitzer, Respondent, v. Isidore Gellering, Appellant, and Isaac Lindenberg, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

Herman D. Bob and Louis Baskind, Copartners, Appellants, v. Max Goldstein, as Treasurer, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. There is no reason why plaintiffs should not bring the action to trial on the merits, as suggested by the justice at Special Term. It could have been tried and decided at the June Special Term prior to the hearing and decision of this appeal, had the appellants so desired, and it may be tried during July, August or September in Special Term, Part II, under the assignment of terms made by this court for 1920, if the plaintiffs desire to try it. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

George Boehm, Respondent, v. John Holzkamp, Respondent. Harrison Boehm and Nicholas E. Simonson, Appellants.— Order appointing receiver and order denying stay on appeal affirmed, with ten dollars costs on each appeal and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

Sarah Brannon, Respondent, v. Ann E. O'Mara, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The other circumstances mentioned in subdivision 5 of section 872 of the Code of Civil Procedure mean such circumstances as will make the presence and evidence of the witness at the trial doubtful or uncertain, and relate to his personal condition and purposes as bearing upon the probability of his future attendance. No such situation is here suggested. (*Town of Hancock* v. *First Nat. Bank*, 93 N. Y. 82; *Chartered Bank of India* v. *North River Ins. Co.*, 136 App. Div. 646; *Harburger* v. *Westchester Fire Ins. Co.*, 167 id. 1; *Bernstein* v. *Solomon*, 140 id. 316; *American Woolen Co.* v. *Altkrug*, 139 id. 671, 672.) Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

Thomas Burton and Others, Respondents, v. The Amsterdam Building Company, Inc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

Michael Cioffi, an Infant, etc., by Salvatore Cioffi, His Guardian ad Litem, Appellant, v. Vincenzo Pisani, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

Edward Drexler and Margaretta Bartlett, Respondents, v. Ellen M. White, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.